**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6132**

———————

ALEXANDER OTIS MATTHEWS,

Plaintiff – Appellant,

v.

UNITED STATES OF AMERICA,

Defendant – Appellee,

and

RYAN FAULCONER, AUSA; CARLA COOPWOOD, U.S. Probation Officer; BENNETT BROWN, Attorney; CHRISTINE WINDNESS, FBI Special Agent; JOHN DOE, Unknown Agent of Maryland State Attys. Office; JANE DOE, Unknown named agents of Maryland State Attys. Office; MICHAEL PAUZE, AUSA; ALICIA WOJTKONSKI, FBI Special Agent; ROD ROSENSTEIN, in His Official Capacity; NEIL MCBRIDE, in His Official Capacity; DISTRICT OF MARYLAND US ATTORNEYS OFFICE, in its Official Capacity; EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA) US ATTORNEYS OFFICE, in its Official Capacity; BENNETT BROWN, in his Individual Capacity; RYAN FAULCONER, In his Individual Capacity,

Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:12-cv-01473-LO-TCB)

———————

Submitted: May 19, 2015          Decided: May 22, 2015

———————

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alexander Matthews, Appellant Pro Se. Ayana Niambi Free, Assistant United States Attorney, Sosun Bae, Andrew Sun Han, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Matthews appeals the district court's order granting the United States' motion to dismiss his Federal Tort Claims Act suit for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Matthews v. United States, No. 1:12-cv-01473-LO-TCB (E.D. Va. Jan. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED